IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 3:03-cr-0175-1 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| PERALD LOPEZ ELLIS, ) | |
| ) | |
| Defendant. ) | |

# ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for resentencing (Docket Entry No. 64) is **GRANTED** in part and **DENIED** in part. The Defendant is sentenced to 135 months on Counts One, Two, and Four, to be served concurrently, and a consecutive sentence of 60 months on Count Three, for a total sentence of 195 months.

It is so **ORDERED**.

**ENTERED** this 26 day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court